**FILED**

JEANNE A. NAUGHTON, CLERK    Certificate Number: 02207-NJ-CC-036853003

SEP 28 2022

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

02207-NJ-CC-036853003

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 23, 2022</u>, at <u>1:41</u> o'clock <u>PM EDT</u>, <u>Michael Patrick Siano</u> received from <u>Garden State Consumer Credit Counseling, Inc., d/b/a Navicore Solutions</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of New Jersey</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:    <u>September 23, 2022</u>          By:    <u>/s/Glynnis DeLuca</u>

                                         Name:    <u>Glynnis DeLuca</u>

                                         Title:    <u>Counseling Support</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).