Michael Patrick Siano
102 Haines Street East
Lanoka Harbor, New Jersey
(732) 788-0772
Mikee1987@yahoo.com

FILED
JEANNE A. NAUGHTON, CLERK
OCT 1 9 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
sY /AJY,1UA1A:::;> oEPUIY

10/15/2022

Honorable Judge Michael B. Kaplan
Clarkson S. Fisher Building & U.S. Comihouse
402 East State Street
Trenton NJ,08608

**Re: Michael Patrick Siano credit counseling course**

Dear Honorable Judge and Bankrnptcy Court Clerk,

     On Wednesday October 12, 2022 I Michael Siano stood before the Honorable Judge Kaplan and explained to him the reason why my credit counseling ce1iificate indicates that I may have taken the credit counsel course after I filed my petition. The Honorable Judge asked me to write this letter and mail it to the Clerk's office explaining what happened and to attach a copy of my receipt showing that I did in fact take the credit course before I filed my Chapter 13 Petition.

     On September 15, 2022 I paid for and also took the credit counseling course, by the time I had finished the approximately 90 min course the credit counseling company Garden State Consumer Credit Counseling Inc. had already closed for the day. The next day September 16, 2022 I talked with the counseling company and they had told me that there computers were down and could not give me a certificate. I then filed my petition check marking the box which I thought was appropriate stating that I had taken the course and I will get the Certificate to the Court within 14 days. Over the course of the next few days I was still unable to receive the credit ce1tificate until the 23rd of September.

     The Honorable Judge Michael Kaplan told me that this letter would be good enough to excuse the order to show cause scheduled for October 26th 2022 and to mail it to the Clerk's office.

Respectfully submitted,

/s/ <u>Michael Patrick Siano</u>
102 Haines Street East
Lanoka Harbor, New Jersey
(732) 788-0772
<u>Mikeel 987@yahoo.com</u>

From: service@paypal.com  
Subject: Receipt for Your Payment to Garden State Consumer Credit Counseling, Inc.  
Date: Sep 15, 2022 at 5:13:53 PM  
To: MIKE SIANO mikee1987@yahoo.com

Hello, MICHAEL PATRICK SIANO™



# You sent a payment of $50.00 USD to Garden State Consumer Credit Counseling, Inc. (TSULER@NOVADEBT.ORG )

It may take a few moments for this transaction to appear in your account.

| | |
|---|---|
| **Transaction ID** | **Transaction date** |
| 11Y41902BS3650747 | Sep 15, 2022 17:13:37 EDT |
| **Merchant** | **Instructions to merchant** |
| Garden State Consumer Credit Counseling, Inc.<br>TSULER@NOVADEBT.ORG | You haven't entered any instructions. |
| **Shipping address** - confirmed<br>Michael Siano<br>102 Haines st. East<br>Lanoka Harbor, NJ 08734<br>United States | **Shipping details**<br>The seller hasn't provided any shipping details yet. |