Michael Patrick Siano; Living Heir
102 Haines Street East
Lanoka Harbor, New Jersey
(732) 788-0772

**FILED**
JEANNE A. NAUGHTON, CLERK

**NOV 3 0 2022**

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____DEPUTY

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:                                     )               Case No. 22-17381/MBK
Michael Patrick Siano                      )
                                           )               Chapter 13
                                           )
                                           )               OBJECTION TO CLAIM

---

### OBJECTON TO CLAIM PINNACLE SERVICE SOLUTIONS LLC

**Comes Now** Michael Patrick Siano Objecting to claim number 7 entered onto the record by Pinnacle Service Solution in the amount of $826.30. Pinnacle claims that I have entered into a contract with some unknown loan internet loan company doing business as MYCASHNOW.com of which I Michael Siano have never heard of nor signed into any contract for a cash advance or "loan", and have never received any type of funds from them.

I have never heard of this company before and have a suspicion that this is some type of fraudulent activities or some sort of mistake. Unless Pinnacle Service Solutions can show the contract signed by me Michael Patrick Siano and that their claimed obligation was deposited into a bank account controlled by me Michael Patrick Siano then there is no privity of contract and would not be proper, or equitable for this honorable court to enforce this claim.

Date:11/28/2022                              /s/ Michael Patrick Siano

chael Patrick Siano
Haines Street East
Harbor, New Jersey 08734

29 NOV 2022 PM 6 L

United States Bankruptcy Court
402 East State Street
Trenton, NJ
08608

08608-150705