Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  22−17381−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Patrick Siano
   102 Haines Street East
   Lanoka Harbor, NJ 08734

Social Security No.:
   xxx−xx−4378

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/11/23 at 09:00 AM

to consider and act upon the following:

*50* − Objection to Claim #7 Pinnacle Service Solutions LLC in the amount of $826.30. filed by Michael Patrick Siano. (Attachments: # 1 Certificate of Service) (mmf)

Dated: 11/30/22

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court