| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| | |
|---|---|
| In re:<br><br>Michael Patrick Siano<br><br><br><br>Debtor(s) | Case No.: 22-17381 / MBK<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: Michael B. Kaplan |

**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**

The Standing Chapter 13 Trustee, Albert Russo, submits his objection(s) to the Debtor's Claim of Exemptions the reason(s) set forth below:

**(1) No value listed for all household goods and furnishings, checking/savings accounts, pension accounts, trademarks or LLC under schedule B**

**(2) No exemption amounts or code laws listed for the debtor's home, household goods and furnishings, checking/savings accounts, pension accounts, trademarks or LLC under schedule C**

**(3) The debtor needs to explain why M & T mortgage has been listed as an asset under schedules B & C.**

Dated: December 6, 2022

/s/ Albert Russo
Albert Russo, Standing Chapter 13 Trustee
By: Erik Collazo, Staff Attorney