Michael Patrick Siano; Beneficiary and Living Heir
102 Haines Street East
Lanoka Harbor, New Jersey
(732) 788-0772

PAID
#625-00

FILED
JEANNE A. NAUGHTON, CLERK

JAN 23 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY
# 625359

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: ) Case No. 22-17381/MBK
Michael P. Siano Estate )
) Chapter 13
) NOTICE OF CONVERSION

---

NOTICE OF CONVERSION OF BANKRUPTCY FROM CHAPTER 13 TO CHAPTER 7

---

This Notice is to serve as my notice to the court and the clerk that I Michael Patrick Siano wishes to convert the bankruptcy case number 22-17381 from a chapter 13 bankruptcy into a chapter 7 bankruptcy as there is no official local form to file and the bankruptcy rules state to just serve notice on the court of the conversion. Additionally once this notice is confirmed via USPS tracking number that the clerk's office has received this notice I will be filing for a bankruptcy estate EIN with the IRS.

Thank you for your time,

_/s/ Michael Patrick Siano_
Michael Patrick Siano






Michael Patrick Siano
102 Haines Street East
[...] Harbor, New Jersey 08134

United States Bankruptcy Court
402 East State Street
Trenton, New Jersey
08608