Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22−17381−KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael Patrick Siano
  102 Haines Street East
  Lanoka Harbor, NJ 08734

Social Security No.:
  xxx−xx−4378

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/21/23 at 10:00 AM

to consider and act upon the following:

**59** − Motion re: To Classify Secured Party Creditor To Unsecured Party Creditor and Extend Time Filed by Michael Patrick Siano. Hearing scheduled for 1/25/2023 at 09:00 AM at MBK − Courtroom 8, Trenton. (Attachments: # 1 Exhibits A and B # 2 Certificate of Service) (bwj)


Dated: 1/23/23

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court