Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 22−17381−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Patrick Siano
   102 Haines Street East
   Lanoka Harbor, NJ 08734

Social Security No.:
   xxx−xx−4378

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/21/23 at 10:00 AM

to consider and act upon the following:

**56** − Motion for Relief from Stay re: re: 102 Haines Street East, Lanoka Harbor, NJ, 08734. Fee Amount $ 188. Filed by Denise E. Carlon on behalf of M&T Bank. Hearing scheduled for 1/11/2023 at 09:00 AM at MBK − Courtroom 8, Trenton. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit # 3 Proposed Order # 4 Note # 5 Mortgage # 6 AOMS # 7 Certificate of Service) (Carlon, Denise)

Dated: 1/25/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court