Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.: 22–17381–KCF
    Chapter: 7
    Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael Patrick Siano
  102 Haines Street East
  Lanoka Harbor, NJ 08734

Social Security No.:
  xxx–xx–4378

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

The Court having noted that:

☐     An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on in the amount of $ has not been received by the Clerk,

☑     The debtor filed a Amended Schedule D on January 25, 2023 that requires the payment of a fee in the amount of $ 32.00, and that the fee has not been received by the Clerk,

It is hereby ORDERED that:

The debtor or debtor's attorney must appear at a hearing to be held before the Honorable Kathryn C. Ferguson on:

  Date: February 21, 2023
  Time: 02:00 PM
  Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

to show cause why the case should not be dismissed.

    If **all** required fees are filed with the Clerk before the hearing date, this Order to Show Cause will be vacated and no appearance is required.

    Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

    Unless all required fees are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing. FAILURE TO APPEAR AT THE HEARING WILL RESULT IN DISMISSAL OF THE CASE.

Dated: January 25, 2023
JAN: mmf

<u>Kathryn C. Ferguson</u>
United States Bankruptcy Judge