Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22-17381-KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michael Patrick Siano
    102 Haines Street East
    Lanoka Harbor, NJ 08734

Social Security No.:
    xxx-xx-4378

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608-1507

on 2/21/23 at 10:00 AM

to consider and act upon the following:

*56* – Motion for Relief from Stay re: re: 102 Haines Street East, Lanoka Harbor, NJ, 08734. Fee Amount $ 188.
Filed by Denise E. Carlon on behalf of M&T Bank. Hearing scheduled for 1/11/2023 at 09:00 AM at MBK –
Courtroom 8, Trenton. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit # 3 Proposed
Order # 4 Note # 5 Mortgage # 6 AOMS # 7 Certificate of Service) (Carlon, Denise)

Dated: 1/25/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 22-17381-KCF
Michael Patrick Siano                                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                              Page 1 of 1
Date Rcvd: Jan 25, 2023                       Form ID: ntchrgbk                         Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Patrick Siano, 102 Haines Street East, Lanoka Harbor, NJ 08734-2819 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor M&T Bank bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Nancy Isaacson | nisaacson@greenbaumlaw.com  isaacson@remote7solutions.com;J101@ecfcbis.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5