UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By:  Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorneys for Secured Creditor:  M&T Bank

In Re:

  Michael Patrick Siano
                Debtor

Case No.:       22-17381 MBK

Chapter:        13

Adv. No.:       _____

Hearing Date: 3/7/2023

Judge:          Michael B. Kaplan

## CERTIFICATION OF SERVICE

1. I, Melissa Hansler:

    ☐ Represent the _____ in the above-captioned matter.

    ☒  am the secretary/paralegal for Denise Carlon, Esquire, who represents the Secured Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On February 21, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Motion for Relief of Automatic Stay
    - Certification of Support in Motion of Relief from Automatic Stay
    - Proposed Order
    - Exhibits
    - Certification of Service

3. I certify under penalty of perjury that the above document were sent using the mode of service indicated.

Dated: February 21, 2023            /S/ Melissa Hansler
                                    Signature

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>    (As authorized by the Court or by rule.  Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>    (As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Nancy Isaacson<br>Greenbaum, Rowe, Smith & Davis LLP<br>75 Livingston Ave<br>Suite 301<br>Roseland, NJ 07068-3701 | Chapter 7 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>    (As authorized by the Court or by rule.  Cite the rule if applicable.) |

*rev. 8/1/16*