NANCY ISAACSON, ESQ. (NI/1325)
Greenbaum, Rowe, Smith & Davis LLP
75 Livingston Avenue
Roseland, NJ  07068-3701
(973) 535-1600
Attorneys for Nancy Isaacson,
  Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE : | |
| : | Chapter 7 |
| MICHAEL P. SIANO, : | |
| : | Case No.  22-17381 |
| Debtor. : | |

**NOTICE OF OBJECTION TO EXEMPTION**

Notice is hereby given that the Trustee, Nancy Isaacson ("Trustee"), objects to the exemptions claimed by Debtor, Michael P. Siano, ("Debtor"), on Schedule C of his Chapter 7 Bankruptcy petition (Doc 74) as follows:

1. Trustee objects to Debtor's claimed exemption regarding the Chevy Silverado, line 3.1, insofar as Debtor has failed to set forth with requisite specificity the particular law that allows the exemption upon which he relies in connection with the exemption claimed.

Dated: March 13, 2023

*/s/Nancy Isaacson*
NANCY ISAACSON