Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 22−17381−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael Patrick Siano
  102 Haines Street East
  Lanoka Harbor, NJ 08734

Social Security No.:
  xxx−xx−4378

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/4/23 at 10:00 AM

to consider and act upon the following:

*92* − Objection to Debtor's Claim of Exemptions filed by Nancy Isaacson. (Isaacson, Nancy)


Dated: 3/13/23

                                             Jeanne Naughton
                                             Clerk, U.S. Bankruptcy Court