UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NANCY ISAACSON, ESQ., (NI/1325)
GREENBAUM ROWE SMITH & DAVIS
75 Livingston Avenue
Roseland, NJ 07068
Attorneys for Chapter 7 Trustee

In Re:

MICHAEL PATRICK SIANO,

Debtor.

Case No.: 22-17381
Chapter: 7
Adv. No.: _____
Hearing Date: 4/4/23
Judge: KCF

## CERTIFICATION OF SERVICE

1. I, __Tricia E. DeRasmo__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nancy Isaacson, Esquire__, who represents __Chapter 7 Trustee__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __March 15, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of Objection to Exemption and Notice of Hearing

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3/15/23

/s/Tricia E. DeRasmo
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael Patrick Siano<br>102 Haines Street<br>Lanoka Harbor, NJ 08734 | Debtor, Pro Se | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |