Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  22−17381−KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Michael Patrick Siano
 102 Haines Street East
 Lanoka Harbor, NJ 08734

Social Security No.:
 xxx−xx−4378

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/4/23 at 10:00 AM

to consider and act upon the following:

*92* − Objection to Debtor's Claim of Exemptions filed by Nancy Isaacson. (Isaacson, Nancy)

Dated: 3/13/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 22-17381-KCF
Michael Patrick Siano                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                              Page 1 of 2
Date Rcvd: Mar 13, 2023                   Form ID: ntchrgbk                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2023:**

**Recip ID              Recipient Name and Address**
db                  +  Michael Patrick Siano, 102 Haines Street East, Lanoka Harbor, NJ 08734-2819

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2023              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2023 at the address(es) listed below:**

**Name                   Email Address**

Brian E Caine
                        on behalf of Creditor M&T Bank bcaine@parkermccay.com  BKcourtnotices@parkermccay.com

Denise E. Carlon
                        on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
                        on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Nancy Isaacson
                        on behalf of Trustee Nancy Isaacson nisaacson@greenbaumlaw.com  isaacson@remote7solutions.com;J101@ecfcbis.com

Nancy Isaacson
                        nisaacson@greenbaumlaw.com  isaacson@remote7solutions.com;J101@ecfcbis.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3

Date Rcvd: Mar 13, 2023

TOTAL: 6

User: admin

Form ID: ntchrgbk

Page 2 of 2

Total Noticed: 1