| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-17381 / MBK**

Michael Patrick Siano

Petition Filed Date: 09/16/2022
341 Hearing Date: 10/13/2022
Confirmation Date:

Case Status: **Converted to Ch 7 Before Confirmation on 1/23/2023**

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/17/2022 | $200.00 | 88321660 | 12/27/2022 | $200.00 | 88983880 | | | |

**Total Receipts for the Period: $400.00    Amount Refunded to Debtor Since Filing: $371.20    Total Receipts Since Filing: $400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael Patrick Siano | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | PRO SE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»» CITIBANK,NA | Unsecured Creditors | $2,387.14 | $0.00 | $0.00 |
| 2 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE BANK | Unsecured Creditors | $2,904.04 | $0.00 | $0.00 |
| 3 | MICHAEL PATRICK SIANO<br>»» P/102 HAINES ST EAST/1ST MTG | Mortgage Arrears | $808,127.00 | $0.00 | $0.00 |
| 4 | DISCOVER BANK | Unsecured Creditors | $608.78 | $0.00 | $0.00 |
| 5 | M&T BANK<br>»» P/102 HAINES ST EAST/2ND MTG | Mortgage Arrears | $79,111.18 | $0.00 | $0.00 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $3,663.61 | $0.00 | $0.00 |
| 7 | PINNACLE SERVICES SOLUTION LLC | Unsecured Creditors | $826.30 | $0.00 | $0.00 |
| 8 | Capital One Auto Finance, c/o AIS Portfolio<br>»» 2012 CHEVROLET MALIBU | Debt Secured by Vehicle | $690.66 | $0.00 | $0.00 |
| 0 | Michael Patrick Siano | Debtor Refund | $371.20 | $371.20 | $0.00 |

**Chapter 13 Case No. 22-17381 / MBK**

| SUMMARY |
|---|
| **Your case was Converted to Ch 7 Before Confirmation on 1/23/2023.** |

Summary of all receipts and disbursements from date filed through 1/23/2023:

| | |
|---|---|
| Total Receipts: | $400.00 |
| Paid to Claims: | $371.20 |
| Paid to Trustee: | $28.80 |
| Funds on Hand: | $0.00 |