Michael Patrick Siano, Beneficiary
102 Haines Street East
Lanoka Harbor, New Jersey republic
(732) 788-0772

**FILED**
JEANNE A. NAUGHTON, CLERK

MAR 20 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ) | Case No. 22-17381 |
| Michael P. Siano Estate ) | FBI Case # 329FAT2175733 |
| v. ) | Chapter 7 |
| ) | |
| M&T BANK ) | MOTION TO RESUME AUTOMATIC STAY SETTLE AND CLOSE THE BALANCE OF THE BOOKS NOTICE OF TERMINATION OF CHAPTER 7 TRUSTEE ORAL ARGUMENT DEMANDED |

**COMES NOW** Michael Patrick Siano to order the Court to apply the credit from the bankruptcy estate to the claimed debt in order to settle and close the books on the public obligation, and notice all parties the chapter 7 trustee Nancy Isaacson is formally hereby fired for bias and incompetence. The Court has stated that because of the Rooker-Feldman Doctrine I must go back to the state court, which would be correct if I was trying to attack that kangaroo courts judgment. I am not attacking any judgment nor am I trying to have a second bite at the apple by having this court review that courts judgment by some type of appeal. The Rooker-Feldman Doctrine simply does not apply and to suggest it does apply let alone using that doctrine as grounds to lift the automatic stay is extremely prejudicial. This is not a state court matter as has been suggested on the record by the court, but it is a bankruptcy issue and is the reason this matter is before the bankruptcy court. It appears as if the court was trying to steam roll me and cause damage to beneficiary. This court has a fiduciary duty to the people as Michael Patrick Siano is one of we the people and I expect performance on that duty. The way the system is ran it is very easy to forget that the public official bears this fiduciary duty and works for the people, not the other way around.

As this court is aware Michael Patrick Siano is the trustee of the MICHAEL PATRICK SIANO™ Express Living Revocable Trust and is seen by the law as a natural person or flesh and blood living man with all his unalienable rights inherited from God, and not a 14th amendment U.S Citizen (cestui que trust) whom has no rights but only privileges. It is my right to have the estates assets applied to the claimed debt to settle and close the books on the public

obligation M&T BANK claims is owed. The MICHAEL PATRICK SIANO™ Trust is the new appointed trustee for this matter and as such is ordering the court to liquidate the assets and settle the books on all the claims against the bankruptcy estate.

The court must apply the credit to the claims as I say I am unable to pay for anything in the manor of specie the court has aforenamed by operation of law. *12 U.S.C. § 411*, Section 16 of the Federal Reserve Act clearly states who is authorized to use federal reserve notes and for what purpose those notes are to be used.

> " Federal reserve notes, to be issued at the discretion of the <u>Board</u> of Governors of the Federal Reserve System for the purpose of making advances to Federal <u>reserve banks</u> through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and <u>member banks</u> and Federal <u>reserve banks</u> and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, <u>District</u> of Columbia, or at any Federal <u>Reserve bank.</u>

Notice it expressly states that federal reserve notes are for the purpose of making advances to banks for **PUBLIC DUES.** *15 U.S.C. § 1692* states "Federal Reserve Notes are obligations of the United States. It does not state they are for private people with arms and legs, and since I am not an enemy of the state as per the trading with the enemy act, or authorized by law to use said notes, what is my remedy and where does this court get its authority to supersede congress by ordering me to use said notes against federal statute and public law?

Not only have I tendered $800,000 in payments via 2 separate bills of exchange to the claimant M&T BANK (postal green cards and notary certificates on file) of which they kept and redeemed for an advance of federal reserve notes as Section 18 paragraph 6 of the Federal Reserve Act (public law 115-174) expressly says they are to do, but the estate has more than efficient amount of credit and assets to cover the claimed debt even had they not stolen my bills of exchange. I'm in the process of getting the CUSIP numbers for those bills of exchange to prove they used them to redeem Federal Reserve Notes, <u>and sanctions should be brought against all bar members who committed fraud upon the court flat out lying to the court about how M&T BANK sent the bills of exchange back to me.</u> Equity only aides those with clean hands, and when there is a conflict of interest between law and equity, equity always prevails.

Michael Patrick Siano has also a valid claim for $808,127.00 filed in this court. As per bankruptcy rule a proof of claim form 410 has been filed and is evidence of a lawful valid debt. Michael Patrick Siano has the superior claim over the claimant M&T BANK as he is first in time first in line as he is not only in possession of the property, but the property has been deeded to Michael Patrick Siano on July 13th 2017 and did not mortgage the property until July 19th 2017. It is extremely prejudicial for this court to ignore Michael Patrick Siano's claim simply because he is not been admitted to the bar, and the court is on the presumption that this is private bar

business and not public record. I can assure you that the court or one of the creditors of the bankruptcy have violated the Privacy Act of 1974 and reported my private information to the public credit bureaus. Even had they not violated another law in doing so this would be a public matter anyway as it can be found on pacer. This is a very public matter and is to be on the public record.

    Michael Patrick Siano is a flesh and blood soul possessing being the executor and beneficiary of the MICHAEL P. SIANO ESTATE, I am not a ward of any jurisdiction or a pauper evidenced by the express trust put on deposit with the bankruptcy clerks rebutting this courts (judge) presumptions and actions as executor de son tort or that I am some sort of trustee, person or government employee in this matter. **All public officials in this matter have taken first an oath to the private bar association that openly and deliberately contradict their oath of office of which Michael Patrick Siano rejects and only accepts your superior solemn oath of office.** If this court continues to cause harm to the true beneficiary and executor Michael Patrick Siano, then the judge must recuse herself because there is a conflict of interest and she can not possibly stand under public oath as this is the highest court of equity in the land. Michael Patrick Siano rebuts any and all presumptions the court may have made.

    This court needs to reinstate the automatic stay and liquidate the assets of the estate and apply to credit to the claim to settle the books on this taxable mater. The claimant M&T BANK knows very well that this is a donor/donee relationship which is a class 5 gift and estate tax under IRS code 6209 of which the executor Michael Patrick Siano holds all the power. Michael Patrick Siano has the superior claim to the property as well as the assets to cover the claim had the assets not been available. This court acted with extreme bias and prejudice during the hearing of March 7th by allowing trademark infringement among torts and denying Michael Patrick Siano remedy causing harm to the beneficiary.

3/10/2023.                              _____ beneficiary