| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>NANCY ISAACSON, ESQ., (NI/1325)<br>GREENBAUM ROWE SMITH & DAVIS<br>75 Livingston Avenue<br>Roseland, NJ 07068<br>Attorneys for Chapter 7 Trustee | Case No.: | 22-17381 |
| | Chapter: | 7 |
| In Re:<br><br>MICHAEL PATRICK SIANO,<br><br>                                   Debtor. | Adv. No.: | |
| | Hearing Date: | 4/18/23 |
| | Judge: | KCF |

## CERTIFICATION OF SERVICE

1. I, _____Tricia E. DeRasmo_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for ___Nancy Isaacson, Esquire___, who represents _____Chapter 7 Trustee_____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____April 11, 2023_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Opposition to Motion to Resume Automatic Stay Settle and Close the Balance of the Books Notice of Termination of Chapter 7 Trustee

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  4/11/23                            /s/Tricia E. DeRasmo
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael Patrick Siano<br>102 Haines Street East<br>Lanoka Harbor, NJ 08734 | Debtor, Pro Se | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  EMail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |