**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Nancy Isaacson, Esq. (NI/1325)
GREENBAUM, ROWE, SMITH & DAVIS, LLP
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068
973-577-1930
Chapter 7 Trustee

In re:

**Michael Patrick Siano**

    **Debtor.**

Case No.:   22-17381-KCF

Judge:   Kathryn C. Ferguson

Chapter:   7

## ADJOURNMENT REQUEST

1. I, Nancy Isaacson,
   - _x_ am the Chapter 7 Trustee
   - ___ am self-represented

   and request an adjournment of the following hearing for the reasons set forth below.

   Matter: Debtor's Motion re: To Resume Automatic Stay Settle and Close the Balance of the Books Notice of Termination of Chapter 7 Trustee

   Current hearing date and time: April 11, 2023 at 10:00 a.m.

   New date requested: April 18, 2023 at 10:00 a.m.

   Reason for adjournment request: inadvertently, the motion and hearing date was not scheduled on my calendar. I sent an email to debtor requesting an adjournment for one week. Debtor has not responded. Also, I have a contested dispositive motion with numerous parties and attorneys scheduled for the same date and time before another bankruptcy court.

6125268.v2

2.     Consent to Adjournment:

__ I have the consent of all parties  _X_  I do not have the consent of all parties (explain below)

**I sent an email to the email address set forth on Debtor's petition requesting an adjournment for one week. Debtor has not responded. Counsel for M&T Bank consents to the adjournment request.**

<span style="color:red">NOTE: The Debtor sent an email to chambers consenting to the adjournment after the adjournment request form was submitted. (dmm)</span>

I certify under penalty of perjury that the foregoing is true.

Dated: April 6, 2023                       _/s/ Nancy Isaacson_____
                                                        Nancy Isaacson

**COURT USE ONLY:**

The request for adjournment is:

**X**   Granted      New hearing date: 4/18/2023 at 10:00 a.m.     ___ Peremptory

___  Granted over objection(s) New hearing date: _____     ___ Peremptory

___  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

6125268.v2