Michael Patrick Siano, Beneficiary
102 Haines Street East
Lanoka Harbor, New Jersey
(732) 788-0772

**FILED**
JEANNE A. NAUGHTON, CLERK
APR 26 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: ) Case No. 22-17381
Michael P. Siano Estate )
) Chapter 7
) OBJECTION TO ORDER
) AUTHORIZING RETENTION
) TO AUCTION

**Now Comes** Michael Patrick Siano strongly objection to the order authorizing retention to the auction of my truck. Monday April 10, 2023 at approximately 3:30 PM I found out that a hearing was held on April 4, 2023 after I was told by the clerks office that the matter of the 4th was going to be heard on the 11th of April by the Clerks office. At the hearing on April 4th it was decided that the exemption would be stricken from a vehicle in my possession. I can't blame the court for this ruling as I was not present, but this vehicle can not and should not have the exemption lifted. I clearly made a mistake filling out the schedule C and entered what the vehicle was purchased for not what the actual value of the vehicle is. New Jersey Revised Statutes 2A:17-19 allows for a $1000 exemption. 11 U.S.C. § 522(d)(2) allows for $4,450 vehicle exemption, and the federal wild card exemption 11 U.S.C. § 522(d)(5) allows for $13,950 in exemption to be applied as I would like. The total in exemptions amount to $19,400.00.

This vehicle is a work vehicle and is used solely for work purposes. I make heavy duty jobsite deliveries for my job and the loss of this vehicle will not only irreparably harm me with the loss of my job, but it will cause harm to my employer as well with the loss of an employee. The Kelly blue book value of the vehicle is $15,475.00, the value of the vehicle is well within the exemption limit of $19,400.00. I am just now objecting two weeks because I am pro se and I believed that my oral motion to dismiss would have stopped the order to grant the retention of my work vehicle. Accompanied with this objection is my motion papers to voluntarily dismiss kindly supplied to me by your chambers.

4/24/2023