Form 170 − ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−17381−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael Patrick Siano
  102 Haines Street East
  Lanoka Harbor, NJ 08734

Social Security No.:
  xxx−xx−4378

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑  A Motion to Dismiss has been filed by Michael Patrick Siano.

☐  An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

  ☐  The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

  ☐  The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

  ☐  The corporate debtor is self−represented.

  ☐  Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Kathryn C. Ferguson on,

Date: 5/23/23
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507


Dated: April 26, 2023
JAN: ghm

                    Jeanne Naughton
                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michael Patrick Siano  
    Debtor

Case No. 22-17381-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2  
Date Rcvd: Apr 26, 2023          Form ID: 170          Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Patrick Siano, 102 Haines Street East, Lanoka Harbor, NJ 08734-2819 |
| auc | + | A.J. Willner Auctions, LLC, 81 Hamburg Turnpike, Riverdale, NJ 07457-1167 |
| 519733687 | + | Capital One Auto Finance, PO BOX 60068, Sacramento CA 95860-0068 |
| 519733685 | | M&T Bank, 1 M&T PLAZA, Buffalo NY 14203 |
| 519733688 | + | Parker McCay Law Offices PA, 9000 Midlantic Dr. Suite 300, PO BOX 5054, Mount Laurel NJ 08054-5054 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 26 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 26 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519707432 | + | Email/PDF: bncnotices@becket-lee.com | Apr 26 2023 21:03:06 | American Express, 200 Vessey St, New York, NY 10285-0002 |
| 519742434 | | Email/PDF: bncnotices@becket-lee.com | Apr 26 2023 20:52:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519711812 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 26 2023 20:52:37 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519767706 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 26 2023 20:52:38 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519707433 | + | Email/Text: bankruptcy@cavps.com | Apr 26 2023 20:42:00 | Cavalry Portfolio Services, 1 American Ln Ste 220, Greenwhich, CT 06831-2563 |
| 519711002 | + | Email/Text: bankruptcy@cavps.com | Apr 26 2023 20:42:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519737465 | | Email/Text: mrdiscen@discover.com | Apr 26 2023 20:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519733686 | + | Email/Text: mrdiscen@discover.com | Apr 26 2023 20:41:00 | Discover Card, 2500 Lake Cook RD, Riverwoods IL 60015-3801 |
| 519741208 | | Email/Text: camanagement@mtb.com | Apr 26 2023 20:42:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519715251 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 20:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519766573 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 20:52:40 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |

TOTAL: 13

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: 170 | Total Noticed: 18 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519733690 | *+ | Michael Patrick Siano, 102 Haines Street East, Lanoka Harbor, NJ 08734-2819 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2023           Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor M&T Bank bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Nancy Isaacson | on behalf of Trustee Nancy Isaacson nisaacson@greenbaumlaw.com isaacson@remote7solutions.com;J101@ecfcbis.com |
| Nancy Isaacson | nisaacson@greenbaumlaw.com isaacson@remote7solutions.com;J101@ecfcbis.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6