Fill in this information to identify your case:

Debtor 1: Michael Patrick Siano
         First Name    Middle Name    Last Name

Debtor 2:
(Spouse, if filing) First Name   Middle Name    Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number: 22-17381
(If known)

FILED
JEANNE A. NAUGHTON, CLERK

MAY 23 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules       12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Michael P. Siano                    X _____
Signature of Debtor 1                      Signature of Debtor 2

Date 5/19/2023                             Date _____
     MM / DD / YYYY                             MM / DD / YYYY

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

Michael Patrick Sano
102 Haines Street East
Tuckerton Harbor, New Jersey 08734

TRENTON NJ 085
22 MAY 2023 PM 4 L

U.S.B.C
※ ATTN: CLERK ※
402 East State Street
Trenton, NJ, 08608

08608-389930

