NANCY ISAACSON, ESQ. (NI/1325)
Greenbaum, Rowe, Smith & Davis LLP
75 Livingston Avenue
Roseland, NJ  07068-3701
(973) 535-1600
Attorneys for Nancy Isaacson,
 Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE : | |
| : | Chapter 7 |
| MICHAEL P. SIANO, : | |
| : | Case No.  22-17381 |
| Debtor. : | |

**NOTICE OF OBJECTION TO EXEMPTION**

Notice is hereby given that the Trustee, Nancy Isaacson ("Trustee"), objects to the exemptions claimed by Debtor, Michael P. Siano, ("Debtor"), on Amended Schedule C of his Chapter 7 Bankruptcy petition (Doc 132) filed on May 30, 2023 as follows:

1. The value of the Chevy Silverado on Amended Schedule A/B (Doc. No. 86) filed on February 9, 2023 is $35,000. The proper exemption for this asset is 11 U.S.C. § 522(d)(5) in the amount of $15,425 ($13,950 + $1,475).

2. Applying the proper exemption to this asset leaves $19,575 in equity for the estate ($35,000 - $15,442).

3. Trustee requests that Debtor's exemption for the Chevy Silverado be modified accordingly.

Dated:  June 6, 2023

*/s/Nancy Isaacson*
NANCY ISAACSON