| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (TRENTON)<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| MAURICE WUTSCHER, LLP<br>5 Walter E. Foran Blvd., Suite 2007<br>Flemington, NJ  08822<br>(908) 237-4550<br>Attorneys for Creditor  Cavalry SPV I, LLC as assignee of Citibank, N.A.<br>Thomas R. Dominczyk | Chapter 7<br><br>Case Number: 22-17381-KCF |
| In re:<br>     MICHAEL PATRICK SIANO | JUDGE:<br>Honorable Kathryn C. Ferguson |

## RESPONSE OF CAVALRY SPV I, LLC AS ASSIGNEE OF CITIBANK N.A. TO THE DEBTOR'S OBJECTION TO CLAIM NUMBER 1

Now comes Cavalry SPV I, LLC (hereinafter "SPV"as assignee of Citibank, N.A. and for its response to the Debtor's Objection to Claim Number 1 of Cavalry SPV I, LLC as assignee of Citibank, N.A. in the amount of $2,387.14 and states as follows:

1. SPV is the assignee of Citibank, N.A. and the current Creditor on this claim.

2. N.J.S.A. 45:18-1 provides that "No person shall conduct a collection agency, collection bureau or collection office in this state, or engage therein in the business of collecting or receiving payment ***for others*** of any account, bill or other indebtedness, or engage in the business of soliciting the right to collect or receive payment ***for another*** of any account, bill or other indebtedness, or advertise for or solicit in print the right to collect or receive payment ***for another*** of any account, bill or other indebtedness, unless such person, or the person for whom he may be acting has on file with the secretary of state sufficient bond as hereinafter specified." (emphasis added).

      3.      There are no allegations in Debtor's objection that SPV is collecting debts for others as required by the statute.  Rather, SPV is the current creditor on the claim and as such is not required to be bonded under the statute.

      4.      In addition, contrary to the objection SPV is actively licensed as a Consumer Lender and as a Sales Finance Company as set forth on the attached records from the State of New Jersey Department of Banking and Insurance.  See Exhibit A.

      5.      Debtor's Objection to Claim lacks merit and should be overruled.

      6.      Cavalry SPV I, LLC as assignee of Citibank, N.A. has an allowable unsecured claim in the amount of $2,387.14.

WHEREFORE, Cavalry SPV I, LLC as assignee of Citibank, N.A. respectfully requests this court to deny the Debtor's Objection to Claim Number 1 and find that it has an allowed unsecured claim in the amount of $2,387.14.

Respectfully submitted,
Maurice Wutscher, LLP
5 Walter E. Foran Blvd., Suite 2007
Flemington, New Jersey 08822
(908) 237-4550
Attorneys for Cavalry SPV I, LLC as assignee of Citibank, N.A.

By: s/ Thomas R. Dominczyk
      Thomas R. Dominczyk

Dated: June 16, 2023

SERVICE LIST
In re MICHAEL PATRICK SIANO
22-17381-KCF

Michael Patrick Siano
102 Haines Street East
Lanoka Harbor, NJ 08734

Nancy Isaacson, Trustee
Greenbaum, Rowe, Smith & Davis LLP
75 Livingston Ave
Suite 301
Roseland, NJ 07068-3701

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

# Exhibit "A"

**STATE OF NEW JERSEY**
**DEPARTMENT OF BANKING & INSURANCE**

NJHome | Services A to Z | Departments/Agencies | FAQs

*(Optimized for screen resolution 1024 x 768)*     Description of Terms and Codes

[New Search]

| Licensee Name | Ref Num | Business Name Address | License Type | Status | Authorities |
|---|---|---|---|---|---|
| CAVALRY SPV I LLC | 1200609 | CAVALRY SPV I LLC<br>500 SUMMIT LAKE DRIVE<br>SUITE 400<br>VAL HALLA, NY 10595 | CONSUMER LENDER (CORPORATION) | ACTIVELY LICENSED | N/A |
| CAVALRY SPV I LLC | 1200609 | CAVALRY SPV I LLC<br>500 SUMMIT LAKE DRIVE<br>SUITE 400<br>VAL HALLA, NY 10595 | SALES FINANCE COMPANY (CORPORATION) | ACTIVELY LICENSED | N/A |

[New Search]

---



OPRA is a state law that was enacted to give the public greater access to government records maintained by public agencies in New Jersey.



You will need to download the latest version of Adobe Acrobat Reader in order to correctly view and print PDF (Portable Document Format) files from this web site.

NJHome | Services A to Z | Departments/Agencies | FAQs        Contact Us | Privacy Notice | Legal Statement | Accessibility Statement

Copyright © 2007, State of New Jersey
New Jersey Department of Banking and Insurance