**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

NANCY ISAACSON, ESQ. (NI/1325)
**GREENBAUM ROWE SMITH & DAVIS, LLP**
75 Livingston Avenue, Suite 301
Roseland, NJ 07068-3701
(973) 535-1600
Attorney for Chapter 7 Trustee

| | |
|---|---|
| In Re:  Michael Patrick Siano,<br><br>                                    Debtor. | Case No.  22-17381 (KCF)O<br><br>Chapter 7<br><br>Hon. Kathryn C. Ferguson , U.S.B.J.<br>Hearing date: July 11, 2023 |

## TRUSTEE WITHDRAWAL OF OBJECTION TO EXEMPTION DOC. NO. 133

Nancy Isaacson, Chapter 7 Trustee withdraws her Objection to Exemption, Doc. No. 133 because Debtor modified the Exemption as requested. Trustee reserves her right to object to Debtor's modification of the value of the Chevrolet Silverado.

                                            **NANCY ISAACSON, CHAPTER 7 TRUSTEE**

Dated:  July 10, 2023          By:     */s/ Nancy Isaacson*
                                                    Nancy Isaacson, Esq.

8558151.1